| Progressive Casualty Ins. Co.<br>P.O. Box 94523<br>Cleveland, OH 44101-4523 | Pay Group:<br>Pay Begin Date:<br>Pay End Date: | 014-Progressive Casualty Paygroup<br>04/22/2018<br>05/05/2018 | Business Unit:<br>Advice #:<br>Advice Date: | PRGCP<br>000000000525100<br>05/10/2018 | |
|---|---|---|---|---|---|
| Carol D. Allen<br>101 Bridgetown Rd #20- D<br>Goose Creek, SC  29445 | Employee ID:<br>Department:<br>Location:<br>Job Title:<br>Pay Rate: | 092029<br>05146-SC-FO<br>N Charlest(4130 Faber#202 9ABD<br>Claims Generalist Assoc<br>$1,688.47 Biweekly | **TAX DATA:**<br>Tax Status:<br>Allowances:<br>Addl. Percent:<br>Addl. Amount: | Federal<br>Single<br>10 | SC State<br>Single<br>2 |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Non Tobacco Use Discount | | | 15.00 | | 150.00 |
| Regular | 21.105865 | 80.00 | 1,688.46 | 716.00 | 15,015.94 |
| Gainshare Odd Year | | | 0.00 | | 1,750.68 |
| Holiday Pay | | | 0.00 | 16.00 | 329.54 |
| Shift B 5a-12a Weekends 10% | | | 0.00 | 16.00 | 33.76 |
| ETB | | | 0.00 | 68.00 | 1,416.86 |
| Wellness Rewards | | | 0.00 | | 30.00 |
| **TOTAL:** | | **80.00** | **1,703.46** | **816.00** | **18,696.78** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 0.00 | 6.60 |
| Fed MED/EE | 21.91 | 243.64 |
| Fed OASDI/EE | 93.69 | 1,041.79 |
| SC Withholdng | 68.05 | 799.10 |
| | **183.65** | **2,091.13** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Standard Deductible Plan | 114.25 | 1,142.50 |
| Dental Plan | 12.55 | 125.50 |
| Vision Plan | 7.10 | 71.00 |
| Life Employee Paid | 0.79 | 7.87 |
| Progressive 401(k)+Roth | 33.77 | 335.92 |
| Health Care FSA | 57.69 | 576.90 |
| | **226.15** | **2,259.69** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Child Life | 0.86 | 8.60 |
| Group Legal w/Identity Theft | 5.98 | 59.80 |
| Life Employee Paid | 12.24 | 121.59 |
| Long-Term Disability | 7.11 | 70.59 |
| Attachment-Bankruptcy | 162.50 | 1,462.50 |
| 401(k)-Loan 2 | 19.28 | 192.80 |
| 401(k)-Loan 1 | 38.62 | 198.02 |
| | **246.59** | **2,113.90** |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Standard Deductible Plan | 389.60 | 3,896.00 |
| Dental Plan | 18.58 | 185.80 |
| Vision Plan | 3.20 | 32.00 |
| Basic Life-Employer Paid | 1.02 | 10.20 |
| Long-Term Disability | 2.68 | 26.62 |
| Progressive 401(k)+Roth | 33.77 | 335.92 |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,703.46 | 1,477.31 | 183.65 | 472.74 | 1,047.07 |
| YTD | 18,696.78 | 16,467.09 | 2,091.13 | 4,373.59 | 12,232.06 |

| YEAR-TO-DATE | PAID TIME OFF | SICK LEAVE |
|---|---|---|
| Start Balance | 127.0 | 0.0 |
| + Earned | 66.4 | 0.0 |
| + Bought | 0.0 | 0.0 |
| - Taken | 56.0 | 0.0 |
| - Sold | 0.0 | 0.0 |
| + Adjustments | 0.0 | 0.0 |
| **End Balance** | **137.4** | **0.0** |

### NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000000525100 | Checking | 9773 | 1,047.07 |
| **TOTAL:** | | | **1,047.07** |

MESSAGE:

| Progressive Casualty Ins. Co.<br>P.O. Box 94523<br>Cleveland, OH 44101-4523 | Pay Group: 014-Progressive Casualty Paygroup<br>Pay Begin Date: 05/06/2018<br>Pay End Date: 05/19/2018 | Business Unit: PRGCP<br>Advice #: 000000000570442<br>Advice Date: 05/24/2018 |
|---|---|---|

| | | | TAX DATA: | Federal | SC State |
|---|---|---|---|---|---|
| Carol D. Allen<br>101 Bridgetown Rd #20- D<br>Goose Creek, SC 29445 | Employee ID: 092029<br>Department: 05146-SC-FO<br>Location: N Charlest(4130 Faber#202 9ABD<br>Job Title: Claims Generalist Assoc<br>Pay Rate: $1,688.47 Biweekly | | Tax Status:<br>Allowances:<br>Addl. Percent:<br>Addl. Amount: | Single<br>10 | Single<br>2 |

### HOURS AND EARNINGS

| | | Current | | YTD | | TAXES | | |
|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings | Description | Current | YTD |
| Non Tobacco Use Discount | | | 15.00 | | 165.00 | Fed Withholdng | 0.00 | 6.60 |
| Regular | 21.105865 | 80.00 | 1,688.46 | 796.00 | 16,704.40 | Fed MED/EE | 22.16 | 265.80 |
| Shift B 5a-12a Weekends 10% | 2.110587 | 8.00 | 16.88 | 24.00 | 50.64 | Fed OASDI/EE | 94.73 | 1,136.52 |
| Gainshare Odd Year | | | 0.00 | | 1,750.68 | SC Withholdng | 69.21 | 868.31 |
| Holiday Pay | | | 0.00 | 16.00 | 329.54 | | | |
| ETB | | | 0.00 | 68.00 | 1,416.86 | | | |
| Wellness Rewards | | | 0.00 | | 30.00 | | | |
| TOTAL: | | 88.00 | 1,720.34 | 904.00 | 20,417.12 | | 186.10 | 2,277.23 |

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | | EMPLOYER PAID BENEFITS | | |
|---|---|---|---|---|---|---|---|---|
| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
| Standard Deductible Plan | 114.25 | 1,256.75 | Child Life | 0.86 | 9.46 | Standard Deductible Plan | 389.60 | 4,285.60 |
| Dental Plan | 12.55 | 138.05 | Group Legal w/Identity Theft | 5.98 | 65.78 | Dental Plan | 18.58 | 204.38 |
| Vision Plan | 7.10 | 78.10 | Life Employee Paid | 12.24 | 133.83 | Vision Plan | 3.20 | 35.20 |
| Life Employee Paid | 0.79 | 8.66 | Long-Term Disability | 7.11 | 77.70 | Basic Life-Employer Paid | 1.02 | 11.22 |
| Progressive 401(k)+Roth | 34.11 | 370.03 | Attachment-Bankruptcy | 162.50 | 1,625.00 | Long-Term Disability | 2.68 | 29.30 |
| Health Care FSA | 57.69 | 634.59 | 401(k)-Loan 2 | 19.28 | 212.08 | Progressive 401(k)+Roth | 34.11 | 370.03 |
| | | | 401(k)-Loan 1 | 38.62 | 236.64 | | | |
| | 226.49 | 2,486.18 | | 246.59 | 2,360.49 | | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,720.34 | 1,493.85 | 186.10 | 473.08 | 1,061.16 |
| YTD | 20,417.12 | 17,960.94 | 2,277.23 | 4,846.67 | 13,293.22 |

| YEAR-TO-DATE | PAID TIME OFF | SICK LEAVE | | NET PAY DISTRIBUTION | | |
|---|---|---|---|---|---|---|
| Start Balance | 127.0 | 0.0 | | Account Type | Account Number | Deposit Amount |
| + Earned | 73.8 | 0.0 | Advice #000000000570442 | Checking | 9773 | 1,061.16 |
| + Bought | 0.0 | 0.0 | | | | |
| - Taken | 56.0 | 0.0 | | | | |
| - Sold | 0.0 | 0.0 | | | | |
| + Adjustments | 0.0 | 0.0 | | | | |
| End Balance | 144.8 | 0.0 | TOTAL: | | | 1,061.16 |

MESSAGE:

| Progressive Casualty Ins. Co.<br>P.O. Box 94523<br>Cleveland, OH 44101-4523 | Pay Group: 014-Progressive Casualty Paygroup<br>Pay Begin Date: 05/20/2018<br>Pay End Date: 06/02/2018 | Business Unit: PRGCP<br>Advice #: 000000000606902<br>Advice Date: 06/07/2018 |
|---|---|---|

| | | TAX DATA: | Federal | SC State |
|---|---|---|---|---|
| Carol D. Allen<br>101 Bridgetown Rd #20- D<br>Goose Creek, SC  29445 | Employee ID: 092029<br>Department: 05146-SC-FO<br>Location: N Charlest(4130 Faber#202 9ABD<br>Job Title: Claims Generalist Assoc<br>Pay Rate: $1,688.47 Biweekly | Tax Status:<br>Allowances:<br>Addl. Percent:<br>Addl. Amount: | Single<br>10 | Single<br>2 |

### HOURS AND EARNINGS

| | | Current | | YTD | |
|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings |
| Non Tobacco Use Discount | | | 15.00 | | 180.00 |
| Regular | 21.105865 | 72.00 | 1,519.62 | 868.00 | 18,224.02 |
| Holiday Pay | 21.105865 | 8.00 | 168.85 | 24.00 | 498.39 |
| Gainshare Odd Year | | | 0.00 | | 1,750.68 |
| Shift B 5a-12a Weekends 10% | | | 0.00 | 24.00 | 50.64 |
| ETB | | | 0.00 | 68.00 | 1,416.86 |
| Wellness Rewards | | | 0.00 | | 30.00 |
| TOTAL: | | 80.00 | 1,703.47 | 984.00 | 22,120.59 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 0.00 | 6.60 |
| Fed MED/EE | 21.91 | 287.71 |
| Fed OASDI/EE | 93.69 | 1,230.21 |
| SC Withholdng | 68.05 | 936.36 |
| TOTAL: | 183.65 | 2,460.88 |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Standard Deductible Plan | 114.25 | 1,371.00 |
| Dental Plan | 12.55 | 150.60 |
| Vision Plan | 7.10 | 85.20 |
| Life Employee Paid | 0.79 | 9.45 |
| Progressive 401(k)+Roth | 33.77 | 403.80 |
| Health Care FSA | 57.69 | 692.28 |
| TOTAL: | 226.15 | 2,712.33 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Child Life | 0.86 | 10.32 |
| Group Legal w/Identity Theft | 5.98 | 71.76 |
| Life Employee Paid | 12.24 | 146.07 |
| Long-Term Disability | 7.11 | 84.81 |
| Attachment-Bankruptcy | 162.50 | 1,787.50 |
| 401(k)-Loan 2 | 19.28 | 231.36 |
| 401(k)-Loan 1 | 38.62 | 275.26 |
| TOTAL: | 246.59 | 2,607.08 |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Standard Deductible Plan | 389.60 | 4,675.20 |
| Dental Plan | 18.58 | 222.96 |
| Vision Plan | 3.20 | 38.40 |
| Basic Life-Employer Paid | 1.02 | 12.24 |
| Long-Term Disability | 2.68 | 31.98 |
| Progressive 401(k)+Roth | 33.77 | 403.80 |
| *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,703.47 | 1,477.32 | 183.65 | 472.74 | 1,047.08 |
| YTD | 22,120.59 | 19,438.26 | 2,460.88 | 5,319.41 | 14,340.30 |

| YEAR-TO-DATE | PAID TIME OFF | SICK LEAVE |
|---|---|---|
| Start Balance | 127.0 | 0.0 |
| + Earned | 81.2 | 0.0 |
| + Bought | 0.0 | 0.0 |
| - Taken | 56.0 | 0.0 |
| - Sold | 0.0 | 0.0 |
| + Adjustments | 0.0 | 0.0 |
| End Balance | 152.2 | 0.0 |

### NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000000606902 | Checking | 9773 | 1,047.08 |
| TOTAL: | | | 1,047.08 |

MESSAGE:

| Progressive Casualty Ins. Co. | | Pay Group: | 014-Progressive Casualty Paygroup | Business Unit: | PRGCP |
|---|---|---|---|---|---|
| P.O. Box 94523 | | Pay Begin Date: | 06/03/2018 | Advice #: | 000000000630055 |
| Cleveland, OH 44101-4523 | | Pay End Date: | 06/16/2018 | Advice Date: | 06/21/2018 |

| | | | | TAX DATA: | Federal | SC State |
|---|---|---|---|---|---|---|
| **Carol D. Allen** | Employee ID: | 092029 | | Tax Status: | Single | Single |
| 101 Bridgetown Rd #20- D | Department: | 05146-SC-FO | | Allowances: | 10 | 2 |
| Goose Creek, SC 29445 | Location: | N Charlest(4130 Faber#202 9ABD | | Addl. Percent: | | |
| | Job Title: | Claims Generalist Assoc | | Addl. Amount: | | |
| | Pay Rate: | $1,688.47 Biweekly | | | | |

### HOURS AND EARNINGS

| | | Current | | YTD | | TAXES | | |
|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings | Description | Current | YTD |
| Non Tobacco Use Discount | | | 15.00 | | 195.00 | Fed Withholdng | 0.00 | 6.60 |
| Regular | 21.105865 | 72.00 | 1,519.61 | 940.00 | 19,743.63 | Fed MED/EE | 21.91 | 309.62 |
| ETB | 21.105865 | 8.00 | 168.85 | 76.00 | 1,585.71 | Fed OASDI/EE | 93.68 | 1,323.89 |
| Gainshare Odd Year | | | 0.00 | | 1,750.68 | SC Withholdng | 68.05 | 1,004.41 |
| Holiday Pay | | | 0.00 | 24.00 | 498.39 | | | |
| Shift B 5a-12a Weekends 10% | | | 0.00 | 24.00 | 50.64 | | | |
| Wellness Rewards | | | 0.00 | | 30.00 | | | |
| **TOTAL:** | | 80.00 | 1,703.46 | 1,064.00 | 23,824.05 | **TOTAL:** | 183.64 | 2,644.52 |

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | | EMPLOYER PAID BENEFITS | | |
|---|---|---|---|---|---|---|---|---|
| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
| Standard Deductible Plan | 114.25 | 1,485.25 | Child Life | 0.86 | 11.18 | Standard Deductible Plan | 389.60 | 5,064.80 |
| Dental Plan | 12.55 | 163.15 | Group Legal w/Identity Theft | 5.98 | 77.74 | Dental Plan | 18.58 | 241.54 |
| Vision Plan | 7.10 | 92.30 | Life Employee Paid | 12.24 | 158.31 | Vision Plan | 3.20 | 41.60 |
| Life Employee Paid | 0.79 | 10.24 | Long-Term Disability | 7.11 | 91.92 | Basic Life-Employer Paid | 1.02 | 13.26 |
| Progressive 401(k)+Roth | 33.77 | 437.57 | Attachment-Bankruptcy | 162.50 | 1,950.00 | Long-Term Disability | 2.68 | 34.66 |
| Health Care FSA | 57.69 | 749.97 | 401(k)-Loan 2 | 19.28 | 250.64 | Progressive 401(k)+Roth | 33.77 | 437.57 |
| | | | 401(k)-Loan 1 | 38.62 | 313.88 | | | |
| **TOTAL:** | 226.15 | 2,938.48 | **TOTAL:** | 246.59 | 2,853.67 | *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,703.46 | 1,477.31 | 183.64 | 472.74 | 1,047.08 |
| YTD | 23,824.05 | 20,915.57 | 2,644.52 | 5,792.15 | 15,387.38 |

| YEAR-TO-DATE | PAID TIME OFF | SICK LEAVE | | NET PAY DISTRIBUTION | | |
|---|---|---|---|---|---|---|
| Start Balance | 127.0 | 0.0 | | Account Type | Account Number | Deposit Amount |
| + Earned | 88.6 | 0.0 | Advice #000000000630055 | Checking | 9773 | 1,047.08 |
| + Bought | 0.0 | 0.0 | | | | |
| - Taken | 64.0 | 0.0 | | | | |
| - Sold | 0.0 | 0.0 | | | | |
| + Adjustments | 0.0 | 0.0 | | | | |
| **End Balance** | 151.6 | 0.0 | **TOTAL:** | | | 1,047.08 |

MESSAGE:

| Progressive Casualty Ins. Co.<br>P.O. Box 94523<br>Cleveland, OH 44101-4523 | | Pay Group:<br>Pay Begin Date:<br>Pay End Date: | 014-Progressive Casualty Paygroup<br>06/17/2018<br>06/30/2018 | | Business Unit:<br>Advice #:<br>Advice Date: | PRGCP<br>000000000667294<br>07/05/2018 | |
|---|---|---|---|---|---|---|---|
| | | | | | TAX DATA: | Federal | SC State |
| Carol D. Allen<br>101 Bridgetown Rd #20- D<br>Goose Creek, SC 29445 | | Employee ID:<br>Department:<br>Location:<br>Job Title:<br>Pay Rate: | 092029<br>05146-SC-FO<br>N Charlest(4130 Faber#202 9ABD<br>Claims Generalist Assoc<br>$1,688.47 Biweekly | | Tax Status:<br>Allowances:<br>Addl. Percent:<br>Addl. Amount: | Single<br>10 | Single<br>2 |

### HOURS AND EARNINGS

| | | Current | | YTD | | TAXES | | |
|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings | Description | Current | YTD |
| Non Tobacco Use Discount | | | 15.00 | | 210.00 | Fed Withholdng | 0.00 | 6.60 |
| Regular | 21.105865 | 80.00 | 1,688.46 | 1,020.00 | 21,432.09 | Fed MED/EE | 21.91 | 331.53 |
| Gainshare Odd Year | | | 0.00 | | 1,750.68 | Fed OASDI/EE | 93.69 | 1,417.58 |
| Holiday Pay | | | 0.00 | 24.00 | 498.39 | SC Withholdng | 68.05 | 1,072.46 |
| Shift B 5a-12a Weekends 10% | | | 0.00 | 24.00 | 50.64 | | | |
| ETB | | | 0.00 | 76.00 | 1,585.71 | | | |
| Wellness Rewards | | | 0.00 | | 30.00 | | | |
| TOTAL: | | 80.00 | 1,703.46 | 1,144.00 | 25,527.51 | TOTAL: | 183.65 | 2,828.17 |

### BEFORE-TAX DEDUCTIONS / AFTER-TAX DEDUCTIONS / EMPLOYER PAID BENEFITS

| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
|---|---|---|---|---|---|---|---|---|
| Standard Deductible Plan | 114.25 | 1,599.50 | Child Life | 0.86 | 12.04 | Standard Deductible Plan | 389.60 | 5,454.40 |
| Dental Plan | 12.55 | 175.70 | Group Legal w/Identity Theft | 5.98 | 83.72 | Dental Plan | 18.58 | 260.12 |
| Vision Plan | 7.10 | 99.40 | Life Employee Paid | 12.24 | 170.55 | Vision Plan | 3.20 | 44.80 |
| Life Employee Paid | 0.79 | 11.03 | Long-Term Disability | 7.11 | 99.03 | Basic Life-Employer Paid | 1.02 | 14.28 |
| Progressive 401(k)+Roth | 33.77 | 471.34 | Attachment-Bankruptcy | 162.50 | 2,112.50 | Long-Term Disability | 2.68 | 37.34 |
| Health Care FSA | 57.69 | 807.66 | 401(k)-Loan 2 | 19.28 | 269.92 | Progressive 401(k)+Roth | 33.77 | 471.34 |
| | | | 401(k)-Loan 1 | 38.62 | 352.50 | | | |
| TOTAL: | 226.15 | 3,164.63 | TOTAL: | 246.59 | 3,100.26 | *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,703.46 | 1,477.31 | 183.65 | 472.74 | 1,047.07 |
| YTD | 25,527.51 | 22,392.88 | 2,828.17 | 6,264.89 | 16,434.45 |

| YEAR-TO-DATE | PAID TIME OFF | SICK LEAVE | | NET PAY DISTRIBUTION | | |
|---|---|---|---|---|---|---|
| Start Balance | 127.0 | 0.0 | | Account Type | Account Number | Deposit Amount |
| + Earned | 95.9 | 0.0 | Advice #000000000667294 | Checking | 9773 | 1,047.07 |
| + Bought | 0.0 | 0.0 | | | | |
| - Taken | 64.0 | 0.0 | | | | |
| - Sold | 0.0 | 0.0 | | | | |
| + Adjustments | 0.0 | 0.0 | | | | |
| End Balance | 158.9 | 0.0 | TOTAL: | | | 1,047.07 |

MESSAGE:

| Progressive Casualty Ins. Co.<br>P.O. Box 94523<br>Cleveland, OH 44101-4523 | | Pay Group:<br>Pay Begin Date:<br>Pay End Date: | 014-Progressive Casualty Paygroup<br>07/01/2018<br>07/14/2018 | Business Unit:<br>Advice #:<br>Advice Date: | PRGCP<br>000000000698199<br>07/19/2018 | |
|---|---|---|---|---|---|---|
| | | | | **TAX DATA:** | **Federal** | **SC State** |
| Carol D. Allen<br>101 Bridgetown Rd #20- D<br>Goose Creek, SC 29445 | | Employee ID:<br>Department:<br>Location:<br>Job Title:<br>Pay Rate: | 092029<br>05146-SC-FO<br>N Charlest(4130 Faber#202 9ABD<br>Claims Generalist Assoc<br>$1,688.47 Biweekly | Tax Status:<br>Allowances:<br>Addl. Percent:<br>Addl. Amount: | Single<br>10 | Single<br>2 |

### HOURS AND EARNINGS

| | | Current | | YTD | |
|---|---|---|---|---|---|
| **Description** | **Rate** | **Hours** | **Earnings** | **Hours** | **Earnings** |
| Non Tobacco Use Discount | | | 15.00 | | 225.00 |
| Holiday Pay | 21.105865 | 8.00 | 168.85 | 32.00 | 667.24 |
| Regular | 21.105865 | 64.00 | 1,350.77 | 1,084.00 | 22,782.86 |
| Shift B 5a-12a Weekends 10% | 2.110587 | 8.00 | 16.88 | 32.00 | 67.52 |
| ETB | 21.105865 | 8.00 | 168.85 | 84.00 | 1,754.56 |
| Gainshare Odd Year | | | 0.00 | | 1,750.68 |
| Wellness Rewards | | | 0.00 | | 30.00 |
| **TOTAL:** | | **88.00** | **1,720.35** | **1,232.00** | **27,247.86** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 0.00 | 6.60 |
| Fed MED/EE | 22.16 | 353.69 |
| Fed OASDI/EE | 94.74 | 1,512.32 |
| SC Withholdng | 69.21 | 1,141.67 |
| **TOTAL:** | **186.11** | **3,014.28** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Standard Deductible Plan | 114.25 | 1,713.75 |
| Dental Plan | 12.55 | 188.25 |
| Vision Plan | 7.10 | 106.50 |
| Life Employee Paid | 0.79 | 11.82 |
| Progressive 401(k)+Roth | 34.11 | 505.45 |
| Health Care FSA | 57.70 | 865.36 |
| **TOTAL:** | **226.50** | **3,391.13** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Child Life | 0.86 | 12.90 |
| Group Legal w/Identity Theft | 5.98 | 89.70 |
| Life Employee Paid | 12.24 | 182.79 |
| Long-Term Disability | 7.11 | 106.14 |
| Attachment-Bankruptcy | 162.50 | 2,275.00 |
| 401(k)-Loan 2 | 19.28 | 289.20 |
| 401(k)-Loan 1 | 38.62 | 391.12 |
| **TOTAL:** | **246.59** | **3,346.85** |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Standard Deductible Plan | 389.60 | 5,844.00 |
| Dental Plan | 18.58 | 278.70 |
| Vision Plan | 3.20 | 48.00 |
| Basic Life-Employer Paid | 1.02 | 15.30 |
| Long-Term Disability | 2.68 | 40.02 |
| Progressive 401(k)+Roth | 34.11 | 505.45 |
| *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,720.35 | 1,493.85 | 186.11 | 473.09 | 1,061.15 |
| YTD | 27,247.86 | 23,886.73 | 3,014.28 | 6,737.98 | 17,495.60 |

| YEAR-TO-DATE | PAID TIME OFF | SICK LEAVE |
|---|---|---|
| Start Balance | 127.0 | 0.0 |
| + Earned | 103.3 | 0.0 |
| + Bought | 0.0 | 0.0 |
| - Taken | 72.0 | 0.0 |
| - Sold | 0.0 | 0.0 |
| + Adjustments | 0.0 | 0.0 |
| **End Balance** | **158.3** | **0.0** |

### NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000000698199 | Checking | 9773 | 1,061.15 |
| **TOTAL:** | | | **1,061.15** |

**MESSAGE:**

| Progressive Casualty Ins. Co.<br>P.O. Box 94523<br>Cleveland, OH 44101-4523 | Pay Group:<br>Pay Begin Date:<br>Pay End Date: | 014-Progressive Casualty Paygroup<br>07/15/2018<br>07/28/2018 | Business Unit:<br>Advice #:<br>Advice Date: | PRGCP<br>000000000735611<br>08/02/2018 | |
|---|---|---|---|---|---|
| | | | **TAX DATA:** | **Federal** | **SC State** |
| Carol D. Allen<br>101 Bridgetown Rd #20- D<br>Goose Creek, SC 29445 | Employee ID:<br>Department:<br>Location:<br>Job Title:<br>Pay Rate: | 092029<br>05146-SC-FO<br>N Charlest(4130 Faber#202 9ABD<br>Claims Generalist Assoc<br>$1,688.47 Biweekly | Tax Status:<br>Allowances:<br>Addl. Percent:<br>Addl. Amount: | Single<br>10 | Single<br>2 |

### HOURS AND EARNINGS

| | | Current | | | YTD | | TAXES | | |
|---|---|---|---|---|---|---|---|---|---|
| **Description** | **Rate** | **Hours** | **Earnings** | **Hours** | **Earnings** | **Description** | | **Current** | **YTD** |
| Non Tobacco Use Discount | | | 15.00 | | 240.00 | Fed Withholdng | | 0.00 | 6.60 |
| Regular | 21.105865 | 80.00 | 1,688.46 | 1,164.00 | 24,471.32 | Fed MED/EE | | 21.91 | 375.60 |
| Gainshare Odd Year | | | 0.00 | | 1,750.68 | Fed OASDI/EE | | 93.68 | 1,606.00 |
| Holiday Pay | | | 0.00 | 32.00 | 667.24 | SC Withholdng | | 68.05 | 1,209.72 |
| Shift B 5a-12a Weekends 10% | | | 0.00 | 32.00 | 67.52 | | | | |
| ETB | | | 0.00 | 84.00 | 1,754.56 | | | | |
| Wellness Rewards | | | 0.00 | | 30.00 | | | | |
| **TOTAL:** | | **80.00** | **1,703.46** | **1,312.00** | **28,951.32** | **TOTAL:** | | **183.64** | **3,197.92** |

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | | EMPLOYER PAID BENEFITS | | |
|---|---|---|---|---|---|---|---|---|
| **Description** | **Current** | **YTD** | **Description** | **Current** | **YTD** | **Description** | **Current** | **YTD** |
| Standard Deductible Plan | 114.25 | 1,828.00 | Child Life | 0.86 | 13.76 | Standard Deductible Plan | 389.60 | 6,233.60 |
| Dental Plan | 12.55 | 200.80 | Group Legal w/Identity Theft | 5.98 | 95.68 | Dental Plan | 18.58 | 297.28 |
| Vision Plan | 7.10 | 113.60 | Life Employee Paid | 12.24 | 195.03 | Vision Plan | 3.20 | 51.20 |
| Life Employee Paid | 0.79 | 12.61 | Long-Term Disability | 7.11 | 113.25 | Basic Life-Employer Paid | 1.02 | 16.32 |
| Progressive 401(k)+Roth | 33.77 | 539.22 | Attachment-Bankruptcy | 162.50 | 2,437.50 | Long-Term Disability | 2.68 | 42.70 |
| Health Care FSA | 57.69 | 923.05 | 401(k)-Loan 2 | 19.28 | 308.48 | Progressive 401(k)+Roth | 33.77 | 539.22 |
| | | | 401(k)-Loan 1 | 38.62 | 429.74 | | | |
| **TOTAL:** | **226.15** | **3,617.28** | **TOTAL:** | **246.59** | **3,593.44** | *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,703.46 | 1,477.31 | 183.64 | 472.74 | 1,047.08 |
| YTD | 28,951.32 | 25,364.04 | 3,197.92 | 7,210.72 | 18,542.68 |

| YEAR-TO-DATE | PAID TIME OFF | SICK LEAVE | NET PAY DISTRIBUTION | | | |
|---|---|---|---|---|---|---|
| | | | | **Account Type** | **Account Number** | **Deposit Amount** |
| Start Balance | 127.0 | 0.0 | Advice #000000000735611 | Checking | 9773 | 1,047.08 |
| + Earned | 110.7 | 0.0 | | | | |
| + Bought | 0.0 | 0.0 | | | | |
| - Taken | 72.0 | 0.0 | | | | |
| - Sold | 0.0 | 0.0 | | | | |
| + Adjustments | 0.0 | 0.0 | | | | |
| **End Balance** | **165.7** | **0.0** | **TOTAL:** | | | **1,047.08** |

MESSAGE: