**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Carol | Delane | Allen |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse If, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF SOUTH CAROLINA | | |
| Case number (if known) | 16-04897 | | |

☐ Check if this is an amended filing

# Official Form 108
## Statement of Intention for Individuals Filing Under Chapter 7    12/15

If you are an individual filing under chapter 7, you must fill out this form if:
■ creditors have claims secured by your property, or
■ you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List Your Creditors Who Have Secured Claims

1. For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: Santander Consumer USA<br><br>Description of property securing debt: 2008 Suzuki XL7 148,769 miles VIN: 2S3DB917086111678 | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>☐ Retain the property and [explain]: | ☐ No<br>■ Yes |

### Part 2:    List Your Unexpired Personal Property Leases

For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name: CV at Windsor Place | ☐ No<br>■ Yes |
| Description of leased Property: Residential Housing Lease<br><br>Assume-Current<br>$868.00/month | |

Debtor 1   Carol Delane Allen                                                            Case number *(if known)*   16-04897

          Expires: 7/9/2017

### Part 3: Sign Below

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

X  */s/ Carol Delane Allen*                                      X  
Carol Delane Allen                                                 Signature of Debtor 2  
Signature of Debtor 1  
Date  8/13/2018                                                  Date

UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

IN RE:

Carol Delane Allen
101 Bridgetown Road, Apt 20 D
Goose Creek, SC 29445
SSN xxx-xx-9562

           DEBTOR.

CASE NO: 16-04897-dd

CHAPTER 7

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the enclosed Chapter 7 Individual Debtor's Statement of Intention was duly served upon the parties named below. This was done either by depositing said papers in the United States Mail at Charleston, South Carolina, on this date, with first class postage duly affixed and a return address clearly indicated on said envelope to the address below indicated or electronically through CM/ECF.

**ELECTRONICALLY**
Kevin Campbell, Esquire
Chapter 7 Trustee
PO Box 684
Mt. Pleasant, SC 29465

**US MAIL**
Santander Consumer USA
Attn Bankruptcy Dept
PO Box 560284
Dallas TX 75356-0000

CV at Windsor Place
101 Bridgetown Rd
Goose Creek SC 29445-0000

Katie Hoehn, Paralegal for
Robert R. Meredith, Jr., DC ID #06152
Elizabeth R. Heilig, DC ID #10704
Meredith Law Firm, LLC
Attorneys for Debtors
4000 Faber Place Drive, Ste 120
North Charleston, SC 29405
843-529-9000

8/16/18
Date